[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 28, 2008
THOMAS K. KAHN
CLERK

_____

No. 06-14826

_____

D. C. Docket Nos. 04-02546-CV-T-30-EAJ & 03-00184-CR-T-3

CLARENCE JENKINS,

                                        Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                        Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 28, 2008)**

Before CARNES and MARCUS, Circuit Judges, and DUBOSE,[*] District Judge.

PER CURIAM:

---

[*] Honorable Kristi K. DuBose, United States District Judge for the Southern District of Alabama, sitting by designation.

After hearing conflicting testimony and considering all of the evidence, the district court entered findings of fact, which are not clearly erroneous. In light of those findings of fact, the district court's decision rejecting the claim that trial counsel rendered ineffective assistance by failing to file a notice of appeal within ten days following sentencing is due to be affirmed on the basis of <u>Devine v. United States</u>, 520 F.3d 1286 (11th Cir. 2008). The facts of that case are materially indistinguishable from those of this case.[1]

---

[1] The second issue on which we granted a certificate of appealability, involving the failure of trial counsel to file a Federal Rule of Appellate Procedure 4(b)(4) motion, has been abandoned because it was not raised in the Appellant's brief.